Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811-3099

December 31, 2017                          SCANNED

Court Clerk
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                              Re:  Linda Tirelli & Brooke Merino
                                   v. Equifax Information Services

Dear Court Clerk:

     I respectfully request a copy of the docket sheet, class-action

complaint and all necessary forms to join the above-entitled class-

action lawsuit. I recently confirmed that my information was released

by Equifax in a mass-data breach, and seek to join this lawsuit.

Respectfully submitted,

Royce Corley



Royce Corley
Reg. No. 68011-054
Federal Correctional Institution
33-1/2 Pembroke Road
Danbury, CT 06811-3099
United States

LEGAL MAIL

RECEIVED

2018 JAN 18  PM 3: 29

CLERK'S OFFICE
S.D.N.Y.

68011-054

Court Clerk
U.S. District Court
Southern District of New York
500 Pearl Street
NEW YORK, NY 10007
United States

USM
SDNY